THOMAS E. DOMBROWSKI, Respondent, v RAYMOND W. BULSON, Appellant.

Submitted February 14, 2012; decided February 16, 2012

Reported below, 79 AD3d 1587.

Motion by Ganpat Ramcharran for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

BETTY FLOYD, Appellant, v STATE OF NEW YORK DIVISION OF HUMAN RIGHTS, Respondent.

Submitted December 27, 2011; decided February 16, 2012

Reported below, 2010 NY Slip Op 85297(U).

Motion for reargument denied [see 17 NY3d 899 (2011)].

KATHRYN JORDAN, Appellant, v BATES ADVERTISING HOLDINGS, INC., Formerly Known as AC & R ADVERTISING, INC., Respondent.

Submitted December 19, 2011; decided February 16, 2012

Reported below, 2011 NY Slip Op 88663(U).

Motion for leave to appeal dismissed upon the ground that it does not lie (see CPLR 5602 [a]).

Chief Judge LIPPMAN taking no part.

CARY KITTNER, Individually and as Assignee of Stuart Quimby, et al., Appellants, v EASTERN MUTUAL INSURANCE COMPANY, Respondent.

Submitted January 9, 2012; decided February 16, 2012

Reported below, 80 AD3d 843.

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).